Chester Allen **PALMER**, Petitioner-
Appellant,

v.

**Louie L. WAINWRIGHT, Director, Divi-
sion of Corrections, State of Florida,
Respondent-Appellee.**

No. 73-3192.

United States Court of Appeals,
Fifth Circuit.

March 6, 1974.

Chester Allen Palmer, pro se.

Joel D. Rosenblatt, Asst. Atty. Gen.,
Miami, Fla., for respondent-appellee.

Before COLEMAN, DYER and RO-
NEY, Circuit Judges.

PER CURIAM:

The order of the District Court in
this cause, dismissing the Petitioner's
fourth petition for the writ of habeas
corpus for failure to exhaust state reme-
dies is

Affirmed.[1]

[1]. It is appropriate to dispose of this pro se
case summarily, pursuant to this Court's
Local Rule 9(c)(2), appellant having failed
to file a brief within the time fixed by Rule

**HOME TELEPHONE COMPANY,**
Plaintiff-Appellee,

v.

**Lon DARLEY and Rex Darley,**
Defendants-Appellants.

No. 73-1993.

United States Court of Appeals,
Fifth Circuit.

March 6, 1974.

Rehearing Denied April 16, 1974.

Jef Feibelman, H. L. Feibelman, Mem-
phis, Tenn., for defendants-appellants.

Robert H. Weaver, J. Kane Ditto, C.
Alton Phillips, Jackson, Miss., for plain-
tiff-appellee.

Before COLEMAN, CLARK and GEE,
Circuit Judges.

PER CURIAM:

The judgment appealed from is af-
firmed on the basis of the memorandum
opinion of the District Court, 355 F.
Supp. 992 (N.D.Miss., 1973).

Affirmed.

31, Federal Rules of Appellate Procedure.
Kimbrough v. Beto, Director, 5 Cir., 1969,
412 F.2d 981.